UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

SARAH JANE THOMAS-CLOS

CASE NO. 22-20196

DEBTOR

ORDER FOR ADEQUATE PROTECTION
PAYMENTS AND OPPORTUNITY TO OBJECT

The Debtors state as follows:

A. The Debtors filed a petition under Title 11 commencing a chapter 13 case.

B. The Debtors propose to make adequate protection payments pursuant to § 1326(a)(1)(c) to the holders of the allowed secured claims and in the amounts specified below:

| Secured Creditor | Collateral Description | Adequate Protection Payments |
|---|---|---|
| One Main Financial | 2013 Hyndai Sonata | $44.00 |
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |

The Court being sufficiently advised, it is ORDERED:

1. The Debtor will deliver the adequate protection payment to the trustee as part of the total payment required by the Debtor's proposed chapter 13 plan beginning no later than 30 days after the petition date.

2. The trustee shall pay the amount provided by this Order to the secured creditor, provided, that, adequate protection payments will not accrue or be paid until the secured creditor files a proof of claim. The principal amount of the secured creditor's claim must be reduced by the amount of the adequate protection payments paid by the trustee.

3. Upon dismissal of a case prior to confirmation, the trustee shall first make the adequate protection payments required under this Order and shall be entitled to retain the percentage fee thereon in the amount fixed under 28 U.S.C. § 586(e)(1)(B) before returning the balance of funds to the debtor.

4. After confirmation, until the allowed fee for the debtor's attorney is paid in full, creditors holding allowed secured claims shall be paid only adequate protection payments ordered by the Court.

Unless the trustee, a creditor, or other party in interest files an objection to the proposed adequate protection payments within 21 days of the date of this Order, this Order will become final. The trustee is authorized to make adequate protection payments provided in this Order in the interim. Should an objection be filed, the trustee is authorized to continue making adequate protection payments in the amount provided in this Order pending further orders of the Court.

Tendered by:

/s/ Delores Woods Baker
DELORES WOODS BAKER
ATTORNEY FOR DEBTOR

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, April 5, 2022**
(tnw)