UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| IN RE:<br>SARAH JANE THOMAS-CLOS<br>DEBTOR | CHAPTER 13<br><br>CASE NO. 22-20196 |

## EMERGENCY MOTION FOR TURNOVER OF VEHICLE HELD BY CREDITOR

COMES NOW the Debtor, by and through Counsel, and moves this Court to Order the Creditor, Auto Mart, to turnover to the Debtor-in-Possession the 2011 Chevrolet Malibu vehicle. As grounds herein, the Debtor filed Chapter 13 bankruptcy on April 4, 2022. The undersigned mailed, first class mail, postage pre-paid the Chapter 13 Plan to the Creditor at its address of 295 MLK Blvd, Maysville, KY 41056 on April 4, 2022.

On April 7, 2022 the Creditor seized the vehicle from the Debtor at approximately 10:00 a.m. – 10:30 a.m.. At approximately 11:00 a.m., the undersigned called the person who actually picked up the vehicle (an employee of Auto Mart) and left a voicemail demanding return of the vehicle. The undersigned then also called Auto Mart and left a voicemail demanding return of the vehicle. Shortly thereafter, Tommy Henderson, owner of Auto Mart returned the undersigned's call. The undersigned spoke directly with Mr. Henderson and demanded that the vehicle be returned. Mr. Henderson stated that he "would roll the dice with the Court". He subsequently stated he would call an attorney and call the undersigned back. Mr. Henderson has not called back and when the undersigned attempted a phone call to him before filing the herein motion, again left a message on his voicemail requesting a fax number so this motion and any subsequent orders could be faxed to him.

The Debtor is scheduled to return to work (after being off for illness) tomorrow April 8, 2022. The Debtor is in desperate need of the vehicle. The improper repossession of the vehicle, after bankruptcy filing, is causing the Debtor significant stress and financial difficulties. A separate adversarial action will be filed to address damages herein, however of immediate, emergency concern is the ability of the Debtor to transport herself to and from work (she is a traveling nurse).

Wherefore Debtor requests this matter be set for an emergency hearing, on short notice to the Creditor, for the return of the 2011 Malibu vehicle.

Respectfully submitted,

/s/ Delores Woods Baker
DELORES WOODS BAKER
Attorney for Debtor
134 W Third Street
Maysville, Kentucky  41056
(606) 564-7969
Facsimile:  (606) 564-8257
dwbaker@maysvilleky.net

### NOTICE

Due to the emergency nature herein, the Debtor requests a hearing as soon as practicable taking into consideration the Court's schedule.

### CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 7th day of April, 2022, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

Electronically to:

Beverly M. Burden, Chapter 13 Trustee

By regular first class mail, postage pre-paid to:

Auto Mart
295 MLK Blvd
Maysville, KY  41056

The undersigned also certifies that upon learning the Creditor Auto Mart's fax number, she will immediately fax said motion to the Creditor and provide an additional certificate of service to the Court.

/s/ Delores Woods Baker
DELORES WOODS BAKER