UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SARAH JANE THOMAS-CLOS | CASE NO. 22-20196 |
| DEBTOR | |

### ORDER FOR EMERGENCY HEARING FOR TURNOVER OF VEHCILE

Motion having been made, and this Court reviewing the necessity of an emergency hearing, and being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

1. That this matter shall be set for hearing by separate Order of this Court.

Pursuant to local rule 9022-1 (C), I, Delores Woods Baker, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to LR 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Distribution List:
Via electronic filing:
Hon. Beverly M. Burden, Chapter 13 Trustee
Office of the US Trustee
All others requesting electronic notice

Via first class mail, postage pre-paid:  Auto Mart, 295 MLK Blvd, Maysville, KY  41056

THIS ORDER IS TENDERED BY:
\s\Delores Woods Baker
DELORES WOODS BAKER, P.S.C.
Attorney for Debtors, 134 West Third Street
Maysville, Kentucky 41056
606-564-7969

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Thursday, April 7, 2022**
(tnw)