Safeco Insurance Company of America

# COMMONWEALTH OF KENTUCKY PROOF OF INSURANCE

NAIC #

**39012**

Policy number

**X6283165**

| Policy effective | Policy expiration |
|---|---|
| **01/08/2022** | **01/08/2023** |

Year

**2011**

Make

**CHEV**

Model

**MALIBU LS**

VIN

**1G1ZB5E12BF219020**