

**SAFEAUTO**
4 Easton Oval
Columbus, OH 43219
1-800-SAFEAUTO
(1-800-723-3288)

# Kentucky Certificate of Insurance

Policy No.: KY01092444A-00
Policy Period: From 04/08/2022 10:36 A.M. E. T.
To 10/08/2022 12:01 A.M. E. T.

This certificate is issued as a matter of information only and confers no rights upon the certificate holder. This certificate does not amend, extend or alter the coverage, terms, exclusions, conditions or other provisions afforded by the policies referenced herein.

Sarah Clouse
6 Arrington Ave
Maysville KY 41056

| YEAR | MAKE | MODEL | BODY TYPE | VIN |
|---|---|---|---|---|
| 2011 | CHEVROLET | MALIBU 2LT | Sedan | 1G1ZD5E12BF219020 |
| 2013 | HYUNDAI | SONATA GLS | Sedan | 5NPEB4AC9DH606275 |

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| Bodily Injury Liability | $25,000 Each Person/ $50,000 Each Accident |
| Property Damage Liability | $25,000 Each Accident |
| Personal Injury Protection Less $0 Deductible | $10,000 Each Person |
| Uninsured Motorist Bodily Injury | $25,000 Each Person/ $50,000 Each Accident |
| Underinsured Motorist Bodily Injury | $25,000 Each Person/ $50,000 Each Accident |

Underwriting Company: Safe Auto Insurance Company
4 Easton Oval
Columbus, Ohio 43219
(614) 231-0200
NAIC # 25405

Date Issued: 04/08/2022 Form KY1185/1013

