UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| SARAH JANE THOMAS-CLOS | CASE NO. 22-20196 |
| DEBTOR | |

## AGREED ORDER

Motion having been made and this Court having held an emergency telephonic hearing which was continued until 3:00 p.m. due to entry of appearance of Counsel for the Creditor, Auto Mart, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Creditor, Tommy Henderson d/b/a Auto Mart, shall return the 2011 Malibu vehicle to the Debtor by delivery to her home forthwith, but in no event later than 6:00 p.m. EST on Friday, April 8, 2022.  Upon the filing of the bankruptcy case, the Debtor's interest in the vehicle became property of the bankruptcy estate pursuant to 11 U.S.C. 541. Auto Mart shall also issue a new temporary tag for the vehicle so that the titling of the vehicle can be resolved by further order or agreement.

IT IS FURTHER ORDERED AND AGREED, that the continued hearing set for April 8, 2022  at 3:00 p.m., is hereby stricken from the Court's docket.

Pursuant to local rule 9022-1 (C), I, Delores Woods Baker, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to LR 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Distribution List:
Via electronic filing:

Hon. Beverly M. Burden, Chapter 13 Trustee
Hon. Michael B. Baker, Attorney for Auto Mart
All others requesting electronic notice

HAVE SEEN AND AGREE:

\s\Delores Woods Baker
DELORES WOODS BAKER, P.S.C.
Attorney for Debtor, 134 West Third Street
Maysville, Kentucky 41056
606-564-7969

 /s/ Michael B. Baker
Michael B. Baker (KY-91890)
THE BAKER FIRM, PLLC
301 W. Pike Street
Covington, KY 41011
(859) 647-7777
Fax: (859) 657-7124
mbaker@bakerlawky.com