**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE: SARAH JANE THOMAS-CLOS,**   **CASE NO.: 22-20196**
**DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that the Agreed Order dated April 8, 2022 was served on April 8, 2022 by electronic filing to: Hon. Beverly Burden, Ch 13 Trustee; Hon. Michael B. Baker; and all others requesting electronic notice.

\s\Delores Woods Baker
DELORES WOODS BAKER, PSC
Attorney for Debtor
134 West Third Street
Maysville, Kentucky  41056
(606) 564-7969